United States District Court
Southern District of Texas

**ENTERED**

July 09, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LESLY YAMELY MILAN LUGO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-689 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Lesly Yamely Milan Lugo is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).  Petitioner bases her habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses her statutory arguments.

With respect to claims based on the Due Process Clause, the Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).  Those ninety days represent "the period of time during which the validity of detention can be presumed." *Id.*

In this case, Petitioner alleges that Respondents detained her on May 19, 2026.  Based on this date, the ninety-day period has not expired.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

1 / 2

**ORDERED** that by no later than July 30, 2026, Petitioner Lesly Yamely Milan Lugo shall file a Statement explaining why, in light of *Sosnava*, her claims based on the Due Process Clause are not premature.

If Petitioner does not file the Statement, the Court will deny the Petition.

The Clerk of Court is directed to serve a copy of this Order and the Petition (Doc. 1) upon the Respondents in accordance with the Memorandum of Understanding.

Signed on July 9, 2026.

Fernando Rodriguez, Jr.
United States District Judge